No. 108. GRAHAM FLYING SERVICE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari de-

nied. *Edward R. Burke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Abbott M. Sellers* and *S. Walter Shine* for respondent.